(16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

*Southern* District of *INDIANA*

Case No. **3:19-cv-250-RLY-MPB**

*(to be filled in by the Clerk's Office)*

__ANDRE G. LEWIS__
_____

### Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

__City of EVANSVILLE, IN
OFC. C. Werner/ OFC. Toney/ unknown
Desk sergeant at Evansville Police Dept.__

### Defendant(s) "See Attached"

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space above, and attach an additional page
with the full list of names.  Do not include addresses here.)*

**FILED**
DEC 07 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _ANDRE G. LEWIS_

All other names by which you have been known: _____

ID Number _7270_

Current Institution _Out On Bond / Vanderburgh County Jail_

Address _____

_Evansville_      _IN_      _____
City           State         Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _City of Evansville, (Gov't Agency)_

Job or Title *(if known)* _OFCS C. Werner, Toney, Unknown Desk Sergean_

Shield Number _(Individuals)_

Employer _Evansville Police Department_

Address _1 NW MLK JR. BLVD_

_Evansville_      _IN_      _47708_
City           State         Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _State of Indiana (gov't agency)_

Job or Title *(if known)* _Magistrate Judge Carl Heldt    (Individual)_

Shield Number _State of Indiana_

Employer _Vanderburgh County Magistrate Judge_

Address _1 NW MLK JR. BLVD_

_Evansville_      _IN_      _47708_
City           State         Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 3
　　Name　　　　　　　　　　　IAN Blair (Individual) STATE OF INDIANA
　　Job or Title *(if known)*　　(Government agency)
　　Shield Number　　　　　　Deputy Prosecuting Attorney - VANDERbough
　　Employer　　　　　　　　　STATE OF INIANA, Attorney generals     con-pros-atte
　　Address　　　　　　　　　　Office.  1 NW MLK Jr Blvd
　　　　　　　　　　　　　　　　EVANSville　　IN　　　47708
　　　　　　　　　　　　　　　　　City　　　　State　　　　Zip Code
　　☒ Individual capacity　☒ Official capacity

Defendant No. 4
　　Name　　　　　　　　　　　Chief Judge of Circuit court
　　　　　　　　　　　　　　　　DAvid Kiely (INDIVISual) STATE OF Indiana
　　Job or Title *(if known)*　　Circuit Court Judge　　　（Gov't Agency
　　Shield Number
　　Employer　　　　　　　　　STATE OF INDIANA
　　Address　　　　　　　　　　1 NW MLK JR Blvd
　　　　　　　　　　　　　　　　EVANSville,　　IN　　　47708
　　　　　　　　　　　　　　　　　City　　　　State　　　　Zip Code
　　☒ Individual capacity　☒ Official capacity

　　　　　　　　　　　　　　　　　　　SEE Attached.

## II.　Basis for Jurisdiction

1985 (3)

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights. Also under 42 U.S.C, 1985 (3)

A.　Are you bringing suit against *(check all that apply)*:

　　☐ Federal officials (a *Bivens* claim)

　　☒ State or local officials (a § 1983 claim) and 42 U.S.C 1985 (3) Conspiracy

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendt / illegal siezure of person Life and Liberties / Privileges. 14th Amendt / Due Process A Equal Protection 6 Amen. INeffective Asst. of Couns

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

## DEFENDANTS CON'T

2. STATE OF Indiana / Judge Heldt, CARL.
3. City of Evansville, / OFC C. Werner, OFC Toney, Desk Sgt (unknow,
4. STATE OF INDIANA / Judge David Kiely

5. STATE OF Indiana / Deputy Prosecuting Attorney Reed

6. STATE OF INDIANA / Deputy Prosecuting Attorney Ian Blair

7. Public Defender office / MARCella Groves

8. County Clerk, Dist. Circuit / GJS / Dwg

9. City OF Evansville, CHIEF OF Police

Page 3 Con't

IN Both capacities
(Indivisual) (Official)

Defendant # (5). Public Defenders office, STATE OF Indiana VAnderburgh County
(Goveroment or agency)
MARCella Groves (Indivisual)

Job - Title —— Attorney at LAW
Employer          Groves LLP
ADDRESS           1 N W MLK gr. Blvd, Evansville, IN 47708

Defendant # (6)  VAnderburgh County
County Clerk office (GoV'T agency)  IN Both Capac.
GJS / Dwsq  (Indivisual)  (Indivisual) (Official

Job-             County Clerk, Circuit court.
Employer         vAnderburgh County Clerks office
ADDRESS          1NW MLK JR Blvd, Evansville, IN 47708

Defendant (7)     STATE OF Indiana (GoV'T agency)
Dep. Prosecuting Atty. REED – (Indivisual)
VAnderburgh county Pros. office
Employer ——    STATE of Indiana / Attorney Generals office
1 NW MLK gr Blvd Evansville, IN 47708
IN Indivisual and (official)

Pg ③ Con T

                    ⊙ Indivisual        Goven'T Agency
8. Defendant- Chief of Police /City of Evansville, IN
        Suit iN Both Capacities (Indivisual) and (Official
        Capacity.

Job Chief of Police, Evansville Police Dept.

Employer - City of Evansville, ~~Mayor of Evansville, IN~~  Evansville Police Dept,

Address -   1 NW MLK Jr. Blvd.
            Evansville, IN 47708


9. Defendant(s) ofc. C. Werner, ofc Toney, Desk Sgt. Unknown
    (Indivisuals)    Shield # 2 X 1389
    City of Evansville, IN - (Government agency)

Job.  City Police officers

Employer - City of Evansville, Evansville Police Dept.

Address   1 NW MLK Blvd, Evansville, IN 47708
                iN (Indivisual) and (Official) Capacity.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

8th Amendt. Cruel and unusual Punishment/ 6th Amendth INEFfective Asst. OF Counsel

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

① Evansville Police officers, Toney, Werner, and unknown Desk Sgt. under the color of the law violated my 4th Amendt. Right Of Illegal Siezure of my Person without Probable cause under a warrantless Arrest, and 14th Amendt under Equal Protection of the Law, without Probable cause To Arrest me.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [ ] Convicted and sentenced state prisoner

- [ ] Convicted and sentenced federal prisoner

- [✓] Other *(explain)*  Out on Bond pending Sentencing on 9 Dec 2019

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE Attached

ON 13th June 2019 at 1113 S. Lincoln Park DR Evansville, IN 47711

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

ON 14 June 2019 and 18 June 2019 at Vanderburgh County Circuit Court

(Pg 4) D. Cont

(2) magistrate Judge carl Heldt, violated 4th ament to the U.S. constitution when he abused his discretion by finding probable cause under a "Bare Bones" affidavit for a warrantless arrest as well as my 14th Amendt under Due Process and Equal Protection under the law. Also when he allowed the State prosecutors to bring me into court 126 hrs after arrest under a "Bare Bones" affidavit when the prerequisite to bring me to court for a judicial Probable cause Determination requires no more than 48 hrs after arrest for a Warrantless Arrest.

(3) Dep. Prosecuting Attorney Reed violated my 4th Amendt constitution under false arrest when he filed formal Charges against me under a "Bare Bones" affidavit and in doing so, also violated my 14th Amendt under Due Process and Equal Protection under the Law. Also, Malicious Prosecution

(4) Dep. Prosecuting Atty Ian Blair also violated my 4th Ament under Illegal Siezure of my persons when he pursued the Charges under a "bare bones" affidavit and in Doing so also violated my 14th Amendt to Const. under Due Process and Equal Protection under the law Also Malicious Prosecution.

(5) Judge David Kiely violated my 4th Amendt to the U.S. Const when he denied all of my motions to Dismiss Contrary to law thus falsely imprisoning me and in Doing so violated my 14th Amendt under Due Process and Equal Protection under the law. Also Malicious Prosecution

(6) marcella groves, my Public Defender, refused to Challenge the "Bare Bones" Affidavit and the timing of the Judicial Probable cause Determination and refused to file a speedy trial on my behalf thus violating my Six Admendt to the U.S. Const. under effective Assistance of counsel and assisted in violating my 4th Amendt to U.S. Const. under illegal Siezure of my persons as well as my 14th Amendt under Due Process and Equal Protection under the law. Also, Malicious Prosecution

Pg 4 Cont Part 2

⑦ D.

The chief of Police, (Bolin), violated my 4th Amendt to the US. Const. under illegal seizure of my Persons by his Policy or Custom to Arrest a citizen under hearsay or call the Desk Sqt and allow the Desk Sqt to make a probable cause Determination, and in Doing so, also violated my 14th Amendt To the Const. under Due Process and Equal Protection under the Law. also Malicious Prosecution

8. County Clerk (initials) GJS/DWG assisted in violating my 4th Amendt to the US. Const. under false Imprisonment when they violated the STATUE OF (Falsifying a Legal Document,) by fabricating the minutes on the Case Summary stating that on 25 September 2019, the Judge Shutte Denied my motion to Dismiss for and invalid Probable Cause Affidavit IN open Court with me being present when NO Such hearing was conducted and I was never notified of his alleged decision, and in doing so, also violated my 14th Amendt under Equal Protection of the Law as well as Violating the Conspiracy statue. When Judge Kirby who did not hear my oral argument NOR Took my Argument under advisement yet Denied my motions to Dismiss Affidavit at an unscheduled hearing on 30 September 2019, and I was PRO-SE at that time.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

13 June 2019 at 0050 hrs

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Lewis was arrested under a warrantless arrest that does not meet the requirement of the 4th Amendm OFC's Toney and C. Werner could find no probable cause from an alleged Victim that had NO Marks and I was Taken To Jail. 126 hrs after arrest I was arrunged but NO Judicial Probable Cause Determination made within 48 hrs by Deputy Prosecuting Attorney REED.    SEE Attached

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lack of medical Treatment that Lewis was recieving when for mental and Emotional Stress, and Embarrasment

I Lost property in my home from a Home Invasion

I Lost my Life and Liberties / freedom for 126 days

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$1,500. It Cost For Bonding out of Jail and back Rent Plus late Charges at $100 per month Late Fee's, Rent $680⁰⁰ + 400 Late fees (126 Days Lewis request $1,000 per day illegally incarcerated and punitive Damages for the conspiracy to deprive me of my Rights and malicious Prosecution at $500,000 per Defendant and mental and Emotional Damages and financial Damages and Embarrassment, X 5 per Individual / Agency also for Loss of personal items and property that was stolen from my Home = Invasion / Burglary Since I was incarcerated in the amount of $3,000⁰⁰ and Reasonable Attorney Fees

Pg. (5)  D con't            Pg. (5) con't.

On 18 June 2019, 126 hrs after arrest under a warrantless
arrest, Lewis had video court and magistrate Judge Heldt Read off the
Counts I was charged with and the Elements of those offense!
then states " the court Finds Probable cause. Judge Heldt
knew or should have known that by finding Probable cause
under a Affidavit that doesn't meet the requirement under the
4th Amendt would or could set in action a Conspiracy to deprive
me of my Constitutional Rights of False Imprisonment.
On 21 June 2019, Marcella Groves was court Appointed Attorney
whom Refused to challenge the Affidavit or the timing of the
probable cause determination by a judicial officer. She also refuse
To file my Constitutional Rights to a Speedy Trial. Groves said
that I was trying to get off on a Technicality. Marcella Groves
Knew or should have known that by not challenging the Legality
of the Probable cause affidavit she would be assisting the
Deputy Prosecutor in Violating my Constitutional Rights under
False Imprisonment. Counsel also knew or should have known
that by not challenging the timing of the Judicial Probable Cause
determination she would be assisting the prosecution in a
Conspiracy to False imprison me and Violate my Rights under
STATE Law and federal constitution. On 30 July Lewis went Pro-se
and Filed numerous Pro-se motions. On 24 September 2019
Lewis went before Judge magistrate Shatte and he heard my oral argumen
On my motion to Dismiss challenging the probable cause Affidavit.
prior to the oral Argument, Deputy Prosecuting attorney Ian Blau
STATED that I was time barred from that Argument, not that
if didn't have merit, but Time barred. Judge Shatte heard
my ORAL Argument supported by Law and stated he would
Take this Argument under advisement and make his

Page 5 con'T,

When officers C. Werner and Toney could not find probable cause to Arrest me, because Karen Edwards had No marks of an alleged choking and No marks from being dragged 100-150 ft. ON Concrete and No Evidence of being pushed in some bushes, OfC. Werner called his Desk Sergeant and both stated that their Desk Sergeant said to Arrest me. This has been the Custom and Policy of the Evansville, Police Department to believe hearsay with out corroborrating facts, or observation, or doing any independant Investigation. Ian Blair, Judge Heldt Judge Kiely, ~~One~~ Attorney Marcella Groves, and Deputy prosecuting Attorney Read, Take advantage of the poor whom can not afford an attorney nor bond. The fact that I fit in that category and an African American male, This is what these Individual look for when they go To violate Citizens ~~Federal~~ protected Rights. ON ~~30 Sept~~ July 2019, When I fired Marcella Groves, She made the statement, "Good find you another Public Defender, with Emphasis ON Public Defender. Also ON 7 Nov 2019, When I fired her completely, ~~After~~ Groves stated ON Record, " Since he had $1,500.00 to bond out, he has More money, The Public Defender office moves the Court to be Relieved ~~of~~ Lewis' Representative. It was all about money. Judge Kiely's Political Speech when Running for Chief Judge Was that he would issue out a million years in

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1,    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)      Andre G. Lewis
      Defendant(s)    STATE OF INDIANA

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      Indiana Appallant Court

      Indianapolis Indiana

3.    Docket or index number

      APPEALS # 19 A-CR 2493

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      26 NOV 2019

6.    Is the case still pending?
      ☑ Yes
      ☐ No

      If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *1 December 2019*

Signature of Plaintiff    *Andre N Lewis*

Printed Name of Plaintiff    *ANDRE G. LEWIS*

Prison Identification #

Prison Address    *1113 S. Lincoln Park Dr*
                  *Evansville          IN          47714*
                        City          State      Zip Code

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____
                 City           State      Zip Code

Telephone Number    _____

E-mail Address    _____